IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND RIVAS,

      Appellant,

v.

MR. C. HODGSON, WARDEN,
COLUMBIA CORRECTIONAL
INSTITUTION; MS. JULIE
JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5719

_____/

Opinion filed December 5, 2017.

An appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

Raymond Rivas, pro se, Appellant.

No appearance for Appellees.

PER CURIAM.

     AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., CONCUR.